**DAVID L. PRITCHARD**
**THE PRITCHARD LAW FIRM, PLLC**
**ATTORNEY AT LAW**
**1244 SOUTHRIDGE COURT, STE 102**
**HURST, TX 76053**
**(817) 285-8017**
**(817)285-0224 FACSIMILE**
**STATE BAR #16349990**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: DALE EUGENE BEHAN, LINDA NELL BEHAN DEBTORS | * * * * * * | CASE NO. 25-43412-MXM11 CHAPTER 11 |
| RANDY TRUCKENBRODT      MOVANT VS. DALE EUGENE BEHAN, LINDA NELL BEHAN, DEBTORS           RESPONDENT(S) | * * * * * * * * * | HEARING DATE: APRIL 23, 2026 AT 1:30 p.m. |

### MOTION TO CONVERT FROM CHAPTER 11 TO CHAPTER 7

COMES NOW, Movant, Randall Truckenbrodt aka Randy Truckenbrodt, and files this Motion to Convert the Debtors' Plan from Chapter 11 to Chapter 7 and states as follows:

1. This is a bankruptcy matter concerning a Motion to Convert to Chapter 7.

2. This bankruptcy petition was filed by the Debtors solely to delay eviction of the leased property, rather than a legitimate restructuring effort.

3. The Debtors' assets are subject to a receivership.

4. The Debtors have disclosed virtually no income other than monthly social security.

5. The Debtors have not filed monthly reports since November 2025.

6. The Debtors' schedules show they are $18,944.00 negative each month on meeting their monthly expenses.

7. The Debtors have assets that are not disclosed.

8. The Debtors, in both the schedules, and Statement of Financial Affairs, refer to attachments, which are not attached regarding assets and businesses.

9. Movant completed the eviction from property where Debtors were living. However, following eviction, the Debtors moved to an adjoining property believed to be owned by River North Farms, Inc.   River North Farms, Inc. is an entity the Debtors own or control. This property consisting of 6.799 acres is on the Parker County records for a value of over $400,000.00 (four hundred thousand and no/100 dollars).

10. Movant is also of the belief the Debtors continue to hold or control other property not listed in their Schedules or Statement of Financial Affairs.

Movant Randall Truckenbrodt aka Randy Truckenbrodt moves this Court to convert the Debtors' case from a Chapter 11 to a Chapter 7, issue an order converting the case to a chapter 7, and for such further and general relief as the Movant may be entitled.  Movant petitions the Court to grant this Motion and issue an order converting to Chapter 7 as requested above and for general relief.

Respectfully submitted,
THE PRITCHARD LAW FIRM, PLLC

/s/ David L. Pritchard
David L. Pritchard
Texas Bar No. 16349990
1244 SOUTHRIDGE CT, STE 102
HURST, TEXAS 76053
(817) 285-8017
(817) 285-0224- Facsimile
david@dlplegal.com
Attorney for Randall Truckenbrodt

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was mailed to the following people by placing same in the United States Mail, postage prepaid, properly addressed to and/or Pursuant to the ECF guidelines:

**JOYCE W. LINDAUER**
**JOYCE W. LINDAUER ATTORNEY, PLLC**
117 S. DALLAS STREET
ENNIS, TEXAS 75119

**DALE EUGENE BEHAN**
**LINDA NELL BEHAN**
159 WAGGONER CT
FORT WORTH, TEXAS 76108

***U.S. TRUSTEE***
**UNITED STATES TRUSTEE**
1100 COMMERCE STREET
ROOM 976
DALLAS, TEXAS 75202

Date: April 2, 2026

/s/ David L. Pritchard
David L.  Pritchard
Attorney for Movant